# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1479

_____

Donald Felix Winnett

*Plaintiff - Appellant*

v.

DeAngelo M. Earl, Major, East Arkansas Regional Unit, ADC; Lorie A. Taylor,
Hearing Officer, Arkansas Department of Correction

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: August 25, 2014
Filed: August 28, 2014
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Donald Winnett appeals after the district court[1] adversely disposed of all of his claims. Upon careful de novo review, we conclude that no error occurred. See Joseph v. Allen, 712 F.3d 1222, 1225 (8th Cir. 2013) (this court reviews district court's grant of summary judgment de novo, viewing all evidence and drawing all reasonable inferences in favor of nonmoving party; summary judgment is proper when there is no genuine issue of material fact and moving party is entitled to judgment as matter of law); Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (preservice dismissals are reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Winnett's motion for appointed counsel.

_____

[1]The Honorable D. P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.